Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Plaintiffs
1946 Marlton Pike East
Cherry Hill, New Jersey 08003
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YARELI ANAHI AGUILAR MATA, <br><br> *Plaintiff,* <br><br> v. <br><br> MARCO RUBIO, ET AL, <br><br> *Defendants.* | Civil Action No.: 2:26-cv-4164 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its

counsel hereby give notice that the above-style action is voluntary dismissed, with

prejudice against the Defendants.

Dated this 15th day of July 2026

Respectfully submitted,

SO ORDERED this day of July 16, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

VOSBIKIAN & VOSBIKIAN

By: _____
    STEVEN S. VOSBIKIAN
    Attorney for Plaintiff

- 1 -